UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:06-cr-82-Orl-28KRS

**LORENZO VANLENNOR MOODY**

ORDER ON REVOCATION OF SUPERVISED RELEASE
AND ORDER OF COMMITMENT

This cause came before the Court on a Petition for Warrant or Summons for Offender Under Supervision filed November 30, 2006 (Doc. No. 26), initiated by the U.S. Probation Officer of this court as a result of the Probation Officer's belief that the defendant violated the conditions of his supervision. A final hearing on violation of supervised release was held by Magistrate Judge Karla R. Spaulding on January 4, 2007 and subsequently, a Report and Recommendation (Doc. No. 36) was entered by Magistrate Judge Karla R. Spaulding on January 4, 2007.

The defendant appeared before this Court on January 19, 2007, with counsel, Peter Warren Kenny and the Assistant United States Attorney. After review of the file and hearing arguments of the parties through their counsel and hearing the defendant, this Court adopts the Report and Recommendation (Doc. No. 36) and finds that the defendant has violated the conditions of supervised release.

It is **ORDERED AND ADJUDGED** that the defendant's supervised release term is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a period of **6 Months**.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 P.M. on February 28, 2007 as notified by the United States Marshal.

The Judgment at Document No. 25 remains unaltered and in effect except as amended herewith.

It is **FURTHER ORDERED** that upon release from imprisonment, Lorenzo Vanlennor Moody is released from further supervision by this Court.

**DONE** and **ORDERED** at Orlando, Florida this 22 day of January, 2007.

JOHN ANTOON II
United States District Judge

Copies to:

United States Attorney
United States Marshal
United States Probation Office
United States Pretrial Services
Counsel for Defendant
Lorenzo Vanlennor Moody